No. 82–346. SKEHAN v. BOARD OF TRUSTEES OF BLOOMSBURG STATE COLLEGE ET AL. C. A. 3d Cir. Mo-

---

tion of petitioner to amend petition for writ of certiorari granted. Certiorari denied. 